In the Matter of FLOYD CHAMBERLAIN, Appellant, against EVERETT L. VROMAN et al., Constituting the Board of Elections of the County of Schoharie, et al., Respondents.

JAMES STEENBURGH .et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

*Victor Levine* for appellant.

No appearance for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.